B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Indiana

In re John W. Pugh
Mary J. Pugh                                    ,          Case No. 19-21282-jra

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust
_____
Name of Transferee

U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone: 800.603.0836
Last Four Digits of Acct #:        7145

Court Claim # (if known): ____23-1____
Amount of Claim: ____$151,639.51____
Date Claim Filed: ____06/26/2019____

Phone: 800.603.0836
Last Four Digits of Acct. #: ____7145____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons
_____
Transferee/Transferee's Agent

Date: 04/21/2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.